# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL T. DAVITT, | |
| Petitioner, | 3:09-cv-0132-BES-RAM |
| vs. | **ORDER** |
| E.K. McDANIEL, *et al.*, | |
| Respondents. | |

Petitioner has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

This is a successive petition which requires petitioner to seek and obtain leave of the Ninth Circuit Court of Appeal to pursue. See 28 U.S.C. § 2244(b)(3) *et seq.* The petitioner has not obtained leave to file a successive petition from the Court of Appeals. Therefore, the petition will be dismissed.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE** as a successive petition.

**IT IS FURTHER ORDERED** that the Clerk **SHALL ENTER JUDGMENT** accordingly.

Dated this 31st day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE