AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

MICHAEL T. DAVITT,

      Petitioner,       JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:09-cv-00132-BES-RAM**

E.K. MCDANIEL, et al.,

      Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** as a successive petition.

  March 31, 2009       **LANCE S. WILSON**
                                        Clerk

                                    /s/ P. McDonald
                                    Deputy Clerk